IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUSTIN MILES FORDHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV419-134 |
| ) | |
| STATE OF GEORGIA, LINDSEY ) | |
| KAY SMITH, and JORDAN E. ) | |
| MARTINEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 23), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's motion (Doc. 16) is **DISMISSED AS MOOT** and the complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA