AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUSTIN MILES FORDHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-134

STATE OF GEORGIA, LINDSEY KAY SMITH, and JORDAN E. MARTINEZ,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 8/24/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's Motion for Dismissal is DISMISSED as moot, and Plaintiff's Complaint is DISMISSED without prejudice. This case stands closed.



8/24/2020      John E. Triplett, Acting Clerk
Date      Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03